B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McNulty, Thomas M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4799** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**32546 Pilgrims Court**<br>**Lakemoor, IL**<br>ZIP Code **60051** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Plumb-In-Time, Inc.**<br>**Assets in the possession of Greesky Financial.**<br>**CEO - Robert Lee 404-386-9332**<br>**Kennesaw, GA 30152** |
|---|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**McNulty, Thomas M** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McNulty, Thomas M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Thomas M McNulty**
Signature of Debtor **Thomas M McNulty**

**X** *(signature)*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 21, 2008**
Date

### Signature of Attorney*

**X /s/ David J. Schwab**
Signature of Attorney for Debtor(s)

**David J. Schwab 6204333**
Printed Name of Attorney for Debtor(s)

**Richards, Ralph & Schwab, Chartered**
Firm Name

**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**

Address

**847-367-9699  Fax: 847-367-9621**
Telephone Number

**May 21, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Thomas M McNulty** _____
                                              Debtor(s)

Case No. _____
Chapter      **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Thomas M McNulty
                        Thomas M McNulty

Date:    May 21, 2008

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Thomas M McNulty**

Debtor

Case No. _____

Chapter _____ **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 125,000.00 | | |
| B - Personal Property | Yes | 5 | 64,820.49 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 640,822.50 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 494,697.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,157.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,122.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 189,820.49 | | |
| Total Liabilities | | | | 1,135,519.69 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Thomas M McNulty**

Debtor

Case No. _____

Chapter _____ **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Thomas M McNulty** _____,    Case No. _____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtors' Residence**<br>**32546 Pilgrims Court**<br>**Lakemoor, IL  60051** | **Fee Simple** | **J** | **125,000.00** | **363,227.00** |

|  |  | Sub-Total > | **125,000.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **125,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Thomas M McNulty**                                                           , Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - 0951834524 Washington Mutual Checking 553 E. Dundee Road Palatine, IL** | J | 787.50 |
| | | | **Savings Account - 100-6404759 Washington Mutual Bank 553 E. Dundee road Palatine, IL  60074** | J | 66.61 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **King size bed with headboard 2 night stands 2 dressers** | J | 450.00 |
| | | | **Pioneer Television set and Jamo DVD player** | J | 400.00 |
| | | | **Bunk Beds (child) Dresser (child)** | - | 175.00 |
| | | | **2 - full size bed sets - matress/boxspring (children)** | - | 400.00 |
| | | | **LG 50" LCD television** | J | 500.00 |
| | | | **2 - 21" Samsung television sets** | J | 150.00 |
| | | | **2 - Dell Dimension computers with monitors** | J | 350.00 |
| | | | **China Hutch** | J | 100.00 |
| | | | **Dining Room Set** | J | 137.50 |
| | | | **Couch** | J | 137.50 |
| | | | **Love seat** | J | 50.00 |

Sub-Total >        3,704.11
(Total of this page)

**4** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Thomas M McNulty**                                                              Case No. _____

                                                    ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---:|
| | | 2 End tables | J | 25.00 |
| | | 2 Sitting Chairs | J | 50.00 |
| | | 2 - Kenwood receiver | J | 200.00 |
| | | 1 - Sony DVD Player | J | 100.00 |
| | | 1 - Wii System | J | 250.00 |
| | | 1 - Xbox 360 | J | 100.00 |
| | | 1 - Whirlpool washer/dryer set | J | 300.00 |
| | | GE Stove | J | 125.00 |
| | | Acer desktop computer | J | 200.00 |
| | | Optoma projector | J | 300.00 |
| | | 1 - Sony 5 disc DVD player | J | 60.00 |
| | | Couch | J | 325.00 |
| | | Coffee table | J | 50.00 |
| | | Frigidaire Freezer | J | 175.00 |
| | | 10 Jamo speakers (upstairs/downstairs) | J | 450.00 |
| | | Dell 1500 Laser Printer | J | 80.00 |
| | | Dell A920 Inkjet printer | J | 25.00 |
| | | DLink wireless router | J | 20.00 |
| | | Oak Computer desk | J | 300.00 |
| | | 4 drawer file cabinet | J | 50.00 |
| | | 1 - Springer Spaniel (1yr 2mo old) | J | 0.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 220 Compact Discs | J | 500.00 |
| | | 85 books of various titles | J | 50.00 |
| | | 3 prints | J | 125.00 |
| | | Sub-Total > (Total of this page) | | 3,860.00 |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Thomas M McNulty** _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Mens clothing** | H | 2,500.00 |
| 7. Furs and jewelry. | | **Men's wedding band** | H | 450.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Nicon CoolPix camera** | J | 225.00 |
| | | **Panasonic HD Camcorder** | J | 205.00 |
| | | **Golf clubs - Ram** | H | 250.00 |
| | | **5 fishing poles** | J | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Thrivent Investment Management Account #'s2180358783 and 1780353027 Thomas M. McNulty ROTH IRA 7320 Meadowshire Lane Crystal Lake, IL  60012** | H | 6,655.51 |
| | | **Thrivent Investment Management Account #'s 2490271361; 2190444886; 1790922368 Simple IRA Plan Roll Over 401(k) from RIM Logistics, Ltd. Thomas M. McNulty 7320 Meadowshire Lane Crystal Lake, IL  60012** | H | 4,744.50 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Thrivent Investment Management Account #18-1800778084 Thomas M. and Karen McNulty Joint Tenants 7320 Meadowshire Lane Crystal Lake, IL  60012** | J | 426.37 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >   **15,506.38**
(Total of this page)

Sheet __2__ of __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Thomas M McNulty**                                              , Case No. _____

_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevrolet Trailblazer** | J | **11,000.00** |

Sub-Total >    **11,000.00**
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07)

In re   **Thomas M McNulty**                                                    Case No. _____

                                           ,
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Debtors' Residence** **32546 Pilgrims Court** **Lakemoor, IL  60051** | **735 ILCS 5/12-901** | 0.00 | 250,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account - 0951834524** **Washington Mutual Checking** **553 E. Dundee Road** **Palatine, IL** | **735 ILCS 5/12-1001(b)** | 787.50 | 1,575.00 |
| **Savings Account - 100-6404759** **Washington Mutual Bank** **553 E. Dundee road** **Palatine, IL  60074** | **735 ILCS 5/12-1001(b)** | 66.60 | 133.21 |
| **Household Goods and Furnishings** | | | |
| **King size bed with headboard** **2 night stands** **2 dressers** | **735 ILCS 5/12-1001(b)** | 450.00 | 900.00 |
| **Pioneer Television set and Jamo DVD player** | **735 ILCS 5/12-1001(b)** | 400.00 | 800.00 |
| **Bunk Beds (child)** **Dresser (child)** | **735 ILCS 5/12-1001(b)** | 175.00 | 175.00 |
| **2 - full size bed sets - matress/boxspring** **(children)** | **735 ILCS 5/12-1001(b)** | 400.00 | 400.00 |
| **LG 50" LCD television** | **735 ILCS 5/12-1001(b)** | 500.00 | 1,000.00 |
| **2 - 21" Samsung television sets** | **735 ILCS 5/12-1001(b)** | 150.00 | 300.00 |
| **2 - Dell Dimension computers with monitors** | **735 ILCS 5/12-1001(b)** | 350.00 | 700.00 |
| **China Hutch** | **735 ILCS 5/12-1001(b)** | 100.00 | 200.00 |
| **Dining Room Set** | **735 ILCS 5/12-1001(b)** | 137.50 | 275.00 |
| **Couch** | **735 ILCS 5/12-1001(b)** | 95.90 | 275.00 |
| **Wearing Apparel** | | | |
| **Mens clothing** | **735 ILCS 5/12-1001(a)** | 2,500.00 | 2,500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Thrivent Investment Management** **Account #'s2180358783 and 1780353027** **Thomas M. McNulty ROTH IRA** **7320 Meadowshire Lane** **Crystal Lake, IL  60012** | **735 ILCS 5/12-1006** | 6,655.51 | 6,655.51 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Thomas M McNulty**                                                    Case No. _____

                                   ,
                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Thrivent Investment Management Account #'s 2490271361; 2190444886; 1790922368 Simple IRA Plan Roll Over 401(k) from RIM Logistics, Ltd. Thomas M. McNulty 7320 Meadowshire Lane Crystal Lake, IL 60012** | **735 ILCS 5/12-1006** | **4,744.50** | **4,744.50** |
| **Stock and Interests in Businesses** Thrivent Investment Management Account #18-1800778084 Thomas M. and Karen McNulty Joint Tenants 7320 Meadowshire Lane Crystal Lake, IL 60012 | **735 ILCS 5/12-1001(b)** | **387.50** | **852.74** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2006 Chevrolet Trailblazer** | **735 ILCS 5/12-1001(c)** | **0.00** | **22,000.00** |
| **2007 Toyota Prius** | **735 ILCS 5/12-1001(c)** | **0.00** | **27,000.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Total: **17,900.01**    **320,485.96**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07)

In re   **Thomas M McNulty**                                                    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 56913005691300 | | | | Second Mortgage/Business Line of Credit | | | | | |
| Amcore Bank 16057 S. LaGrange Road Orland Park, IL 60467 | | | J | Debtors' Residence 32546 Pilgrims Court Lakemoor, IL 60051 | | | | | |
| | | | | Value $ 250,000.00 | | | | 160,500.00 | 113,227.00 |
| Account No. #43859LS12446 (10 GMC TRUCKS) | | | | 9/23/05 | | | | | |
| Ford Motor Credit (Notice) Correspondence P.O. Box 64400 Colorado Springs, CO 80962 | X | | - | Motor Vehicle Lease Agreement J8DB4B16957015914; J8DB4B16I570 16457; J8DB4B16X57016232; J8DB4B 16867001794; J8DB4B16957011409; J8DB4B16757011448; J8DB4B167670 01852; J8DB4B16557011603; J8DB4B 16157011601; J8DB4B1657011472 | X | X | X | | |
| | | | | Value $ Unknown | | | | Unknown | Unknown |
| Account No. 024-9089-64580 | | | | Motor Vehicle Lease Agreement | | | | | |
| GMAC P.O. Box 380902 Minneapolis, MN 55439 | X | | - | GMC Sierra - VIN Unknown. This vehicle has been repossessed and sold by GMAC. This is a debt of Plumb-In-Time Services, Inc. for which Debtor may have personal liability. | X | X | X | | |
| | | | | Value $ Unknown | | | | 9,454.36 | Unknown |
| Account No. 340-9089-26040 | | | | 10/13/05 | | | | | |
| GMAC P.O. Box 380902 Minneapolis, MN 55439 | X | | - | Motor Vehicle Lease Agreement GMC Canyon - VIN 1GTDT136838158 031. This is a debt of Plumb-In-Time, Inc./Metro Mechanical, Inc. which the Debtor may have personal liability. | X | X | X | | |
| | | | | Value $ Unknown | | | | Unknown | Unknown |

__2__   continuation sheets attached

Subtotal (Total of this page)

| | |
|---|---|
| 169,954.36 | 113,227.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Thomas M McNulty**                                      ,        Case No. _____

_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| **Account No.** 024908032429 | | | | | Motor Vehicle Lease Agreement | | | | | |
| GMAC P.O. Box 380902 Minneapolis, MN 55439 | X | - | | | GMC Sierra - VIN 1GTEC14V66E191377. This is a debt of Plumb-In-Time Services, Inc./Metro Mechanical, Inc. for which Debtor may have personal liability | X | X | X | | |
| | | | | | Value $              Unknown | | | | Unknown | Unknown |
| **Account No.** | | | | | 2/1/07 | | | | | |
| Harris Bank, N.A. 3800 Golf Road, Suite 300 Rolling Meadows, IL 60008 | | W | | | Purchase Money Security Interest 2006 Chevrolet Trailblazer | | | | | |
| | | | | | Value $              22,000.00 | | | | 23,500.00 | 1,500.00 |
| **Account No.** Lease #W01075H | | | | | Unknown Motor Vehicle Lease Agreement 2005 GMC Truck J8DB4B1645701615 9. It is believed that this vehicle has been sold by finance co.  This is a debt of Plumb-In-Time Services, Inc./Metro Mechanical, Inc. which Debtor may have personal liability | | | | | |
| Susquehanna Commercial Finance, Inc 1566 Medical Drive, Ste. 201 Pottstown, PA 19464 | X | - | | | | X | X | X | | |
| | | | | | Value $              Unknown | | | | 29,073.58 | Unknown |
| **Account No.** Lease No. W01075J | | | | | Unknown Motor Vehicle Lease Agreement 2005 GMC Truck J8DB8B1517016264  It is believed that this vehicle has been sold by finance co.  This is a debt of Plumb-In-Time Services, Inc./Metro Mechanical, Inc. which Debtor may have personal liability. | | | | | |
| Susquehanna Commercial Finance, Inc 1566 Medical Drive, Ste. 201 Pottstown, PA 19464 | X | - | | | | X | X | X | | |
| | | | | | Value $              Unknown | | | | 28,884.66 | Unknown |
| **Account No.** | | | | | Purchase Money Security Interest 2007 Toyota Prius | | | | | |
| Toyota Financial Services P.O. Box 5855 Carol Stream, IL 60197 | | H | | | | | | | | |
| | | | | | Value $              27,000.00 | | | | 27,200.00 | 200.00 |

Sheet  1  of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 108,658.24 | 1,700.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Thomas M McNulty**                                          , Case No. _____
                                 Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **600-0044057-000** | | | | April 11, 2006 Furniture/Equipment Finance | | | | | |
| **U.S. Bank 1450 Channel Parkway Marshall, MN 56258** | X | H | | 3 - 2006 GMC Trucks J8DB4B1606701 6886; J8DB4B16767016934; J8DB4B1 6267016887.  This is a debt of Plumb-In-Time, Inc./Metro Mechanical, Inc. which Debtor may have personal liability. | X | X | X | | |
| | | | | Value $               **Unknown** | | | | 159,482.90 | Unknown |
| Account No. 0612834689 | | | | July 29, 2003 | | | | | |
| **Washington Mutual Bank P.O. Box 9001123 Louisville, KY 40290** | | W | | Mortgage Debtors' Residence 32546 Pilgrims Court Lakemoor, IL  60051 | | | | | |
| | | | | Value $          **250,000.00** | | | | 155,800.00 | 0.00 |
| Account No. 0078605631 | | | | August 16, 2005 | | | | | |
| **Washington Mutual Bank 553 E. Dundee Road Palatine, IL 60074** | | J | | Home Equity Line of Credit Debtors' Residence 32546 Pilgrims Court Lakemoor, IL  60051 | | | | | |
| | | | | Value $          **250,000.00** | | | | 16,144.00 | 0.00 |
| Account No. 0742620859 | | | | May 2, 2006 | | | | | |
| **Washington Mutual Bank 553 E. Dundee Road Palatine, IL 60074** | | J | | Home Equity Line of Credit Debtors' Residence 32546 Pilgrims Court Lakemoor, IL  60051 | | | | | |
| | | | | Value $          **250,000.00** | | | | 30,783.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet ___2___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 362,209.90 | 0.00 |
| Total (Report on Summary of Schedules) | 640,822.50 | 114,927.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re    **Thomas M McNulty**                                                                     Case No. _____
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                     **0**    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Thomas M McNulty**                                                    Case No. _____
_____,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7001063231972003**<br><br>**Best Buy**<br>**P.O. Box 17298**<br>**Baltimore, MD 21297** | | J | | **1/7/07 and 10/9/07**<br>**Credit Card** | | | | **1,800.00** |
| Account No. **80937322**<br><br>**Centega Health Systems**<br>**Centega Norther IL. Medical Ctr.**<br>**P.O. Box 5995**<br>**Peoria, IL 61601** | | J | | **2/1/08**<br>**Emergency medical services for minor child on 2/1/08** | | | | **1,069.53** |
| Account No. **77873879**<br><br>**Centega Health Systems**<br>**Centega Norther IL. Medical Ctr.**<br>**P.O. Box 5995**<br>**Peoria, IL 61601** | | J | | **8/1/07**<br>**Emergency room ssevices for John McNulty** | | | | **177.00** |
| Account No. **81212544**<br><br>**Centega Health Systems**<br>**Centega Norther IL. Medical Ctr.**<br>**P.O. Box 5995**<br>**Peoria, IL 61601** | | J | | **2/14/08**<br>**Emergency room services for John McNulty** | | | | **436.25** |

_  **2**  _ continuation sheets attached

Subtotal
(Total of this page) **3,482.78**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          S/N:31036-080402   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas M McNulty**                                    Case No. _____
                                    _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **5222-7631-5128-0173** <br><br> **Chase <br> P.O. Box 15298 <br> Wilmington, DE 19850** | | - | **Credit Card. Purchased office furniture and equipment for Plumb-In-Time, Inc. and Metro Mechanical, Inc. as well as beds for the children** | X | X | X | 24,500.00 |
| Account No. **6011-0073-0417-0243** <br><br> **Discover Card (p) <br> P.O. Box 30943 <br> Salt Lake City, UT 84130** | | - | **2/05 to present <br> Credit Card. Purchased office furniture and equipment for Plumb-In-Time, Inc./Metro Mechanical, Inc.** | X | X | X | 18,000.00 |
| Account No. **MC009** <br><br> **Dr. Al LaPelusa <br> 711 Orchard St. <br> Deerfield, IL 60015** | | J | **Various <br> Dental work for family** | | | | 2,350.70 |
| Account No. **033-3062-883** <br><br> **Kohl's <br> P.O. Box 3043 <br> Milwaukee, WI 53201** | | J | **12/2007 <br> Credit Card** | | | | 1,000.00 |
| Account No. **28405-QMRIG** <br><br> **McHenry Radiologists Imaging  Assoc <br> 3929 W. Medical Center Drive <br> McHenry, IL 60051** | | J | **2/1/08 <br> Emergency room** | | | | 100.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,950.70

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas M McNulty**                                    , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unknown**<br><br>**Rheem Manufacturing Company**<br>**500 Northpark Town Center**<br>**1100 Abernathy Rd., N.E., Suite 140**<br>**Atlanta, GA 30328** | X | H | | **Various**<br>**This is a debt of Plumb-In-Time Services, Inc.**<br>**for which Debtor may have personal liability** | X | X | X | **417,463.71** |
| Account No. **336547715**<br><br>**Sallie Mae, Inc.**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773-9500** | | H | | **10/12/2005**<br>**Student Loans** | | | | **25,400.00** |
| Account No. **5416-5737-0043-8081**<br><br>**Washington Mutual Bank (CC)**<br>**P.O. Box 660509**<br>**Dallas, TX 75266** | | - | | **Credit Card** | | | | **2,400.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**2**__ of __**2**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **445,263.71** |
| | Total<br>(Report on Summary of Schedules) | **494,697.19** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Thomas M McNulty**                                                    Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Craig Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **Rheem Manufacturing Company**<br>**500 Northpark Town Center**<br>**1100 Abernathy Rd., N.E., Suite 140**<br>**Atlanta, GA 30328** |
| **Craig Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **U.S. Bank**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** |
| **Craig Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **GMAC**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55439** |
| **Craig Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **GMAC**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55439** |
| **Craig Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **GMAC**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55439** |
| **Craig Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **Susquehanna Commercial Finance, Inc**<br>**1566 Medical Drive, Ste. 201**<br>**Pottstown, PA 19464** |
| **Craig Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **Susquehanna Commercial Finance, Inc**<br>**1566 Medical Drive, Ste. 201**<br>**Pottstown, PA 19464** |
| **Craig Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **Ford Motor Credit (Notice)**<br>**Correspondence**<br>**P.O. Box 64400**<br>**Colorado Springs, CO 80962** |
| **Delwyn Hansen**<br>**726 Presswood Dr.**<br>**McHenry, IL 60051** | **Rheem Manufacturing Company**<br>**500 Northpark Town Center**<br>**1100 Abernathy Rd., N.E., Suite 140**<br>**Atlanta, GA 30328** |
| **Delwyn Hansen**<br>**726 Presswood Dr.**<br>**McHenry, IL 60051** | **U.S. Bank**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** |
| **Delwyn Hansen**<br>**726 Presswood Dr.**<br>**McHenry, IL 60051** | **GMAC**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55439** |

**3**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re    **Thomas M McNulty**                                      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Delwyn Hansen<br>726 Presswood Dr.<br>McHenry, IL 60051 | GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55439 |
| Delwyn Hansen<br>726 Presswood Dr.<br>McHenry, IL 60051 | GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55439 |
| Delwyn Hansen<br>726 Presswood Dr.<br>McHenry, IL 60051 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| Delwyn Hansen<br>726 Presswood Dr.<br>McHenry, IL 60051 | Ford Motor Credit (Notice)<br>Correspondence<br>P.O. Box 64400<br>Colorado Springs, CO 80962 |
| Djordjc Javonovich<br>3440 E. Southern Ave.<br>Mesa, AZ 85204 | Rheem Manufacturing Company<br>500 Northpark Town Center<br>1100 Abernathy Rd., N.E., Suite 140<br>Atlanta, GA 30328 |
| Djordjc Javonovich<br>3440 E. Southern Ave.<br>Mesa, AZ 85204 | U.S. Bank<br>1450 Channel Parkway<br>Marshall, MN 56258 |
| Djordjc Javonovich<br>3440 E. Southern Ave.<br>Mesa, AZ 85204 | GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55439 |
| Djordjc Javonovich<br>3440 E. Southern Ave.<br>Mesa, AZ 85204 | GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55439 |
| Djordjc Javonovich<br>3440 E. Southern Ave.<br>Mesa, AZ 85204 | GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55439 |
| Djordjc Javonovich<br>3440 E. Southern Ave.<br>Mesa, AZ 85204 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| Djordjc Javonovich<br>3440 E. Southern Ave.<br>Mesa, AZ 85204 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| Djordjc Javonovich<br>3440 E. Southern Ave.<br>Mesa, AZ 85204 | Ford Motor Credit (Notice)<br>Correspondence<br>P.O. Box 64400<br>Colorado Springs, CO 80962 |

Sheet  **1**  of  **3**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re    **Thomas M McNulty**                                    Case No. _____
_____ ,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jason B. Scherr<br>845 Spring St., #325<br>Atlanta, GA 30308 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| Jason B. Scherr<br>845 Spring St., #325<br>Atlanta, GA 30308 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| John D. Hendrixson<br>910 Nippersink Rd.<br>Spring Grove, IL 60081 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| John D. Hendrixson<br>910 Nippersink Rd.<br>Spring Grove, IL 60081 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| Metro Mechanical, Inc.<br>1690 Stone Village Lane NW<br>Suite 322<br>Kennesaw, GA 30152 | U.S. Bank<br>1450 Channel Parkway<br>Marshall, MN 56258 |
| Metro Mechanical, Inc.<br>1690 Stone Village Lane NW<br>Suite 322<br>Kennesaw, GA 30152 | GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55439 |
| Metro Mechanical, Inc.<br>1690 Stone Village Lane NW<br>Suite 322<br>Kennesaw, GA 30152 | GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55439 |
| Metro Mechanical, Inc.<br>1690 Stone Village Lane NW<br>Suite 322<br>Kennesaw, GA 30152 | GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55439 |
| Metro Mechanical, Inc.<br>1690 Stone Village Lane NW<br>Suite 322<br>Kennesaw, GA 30152 | Ford Motor Credit (Notice)<br>Correspondence<br>P.O. Box 64400<br>Colorado Springs, CO 80962 |
| Michael Brown<br>6267 Braidwood Run<br>Acworth, GA 30101 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| Michael Brown<br>6267 Braidwood Run<br>Acworth, GA 30101 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |
| Paul E. Hendrixson<br>3713 Cypruss Dr.<br>Spring Grove, IL 60081 | Susquehanna Commercial Finance, Inc<br>1566 Medical Drive, Ste. 201<br>Pottstown, PA 19464 |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

In re     **Thomas M McNulty**                             Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Paul E. Hendrixson**<br>**3713 Cypruss Dr.**<br>**Spring Grove, IL 60081** | **Susquehanna Commercial Finance, Inc**<br>**1566 Medical Drive, Ste. 201**<br>**Pottstown, PA 19464** |
| **Plumb-In-Time, Inc.**<br>**360 Memorial Dr.**<br>**Suite 140**<br>**Crystal Lake, IL 60014** | **Susquehanna Commercial Finance, Inc**<br>**1566 Medical Drive, Ste. 201**<br>**Pottstown, PA 19464** |
| **Plumb-In-Time, Inc.**<br>**360 Memorial Dr.**<br>**Suite 140**<br>**Crystal Lake, IL 60014** | **Susquehanna Commercial Finance, Inc**<br>**1566 Medical Drive, Ste. 201**<br>**Pottstown, PA 19464** |

Sheet __**3**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Thomas M McNulty**                                                     Case No. _____

_____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Son**<br>**Son** | AGE(S):<br>**11**<br>**12**<br>**14**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **IT Manager** | **Teacher's Aid** |
| Name of Employer | **Prism Retail Services** | **School District 15** |
| How long employed | **1.3Y** | **1Y** |
| Address of Employer | **248 Spring Lake Dr.**<br>**Itasca, IL 60143** | **1011 Green St.**<br>**McHenry, IL 60051** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 9,583.34 | $ 905.67 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 9,583.34 | $ 905.67 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,997.68 | $ 130.00 |
| b. Insurance | $ 350.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify):  **401(k)** | $ 800.00 | $ 0.00 |
| **Teacher's Retirement** | $ 0.00 | $ 54.17 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 3,147.68 | $ 184.17 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 6,435.66 | $ 721.50 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,435.66 | $ 721.50 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 7,157.16 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Debtor does not reasonably anticipate an increase or decrease within the next year.**

B6J (Official Form 6J) (12/07)

In re  **Thomas M McNulty** _____  Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,450.00 |
|   a. Are real estate taxes included? Yes ___ No **X** | | |
|   b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 400.00 |
|            b. Water and sewer | $ | 60.00 |
|            c. Telephone | $ | 300.00 |
|            d. Other  **See Detailed Expense Attachment** | $ | 267.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 775.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 80.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 250.00 |
| 10. Charitable contributions | $ | 150.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 75.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 135.00 |
|            e. Other ___ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify)  **Property Taxes** | $ | 650.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 650.00 |
|            b. Other  **Best Buy (Appliances)** | $ | 100.00 |
|            c. Other  **Chevrolet Trailblazer** | $ | 465.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Education expense for children under 18** | $ | 150.00 |
|     Other  **Student loan payment** | $ | 165.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,122.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **Note:  The charitable contributions are to Messiah Lutheran Church in Wauconda, IL.**
    **Payments are made $75.00 on the 1st of each month and $75.00 on the 15th of each month.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 7,157.16 |
| b.  Average monthly expenses from Line 18 above | $ | 7,122.00 |
| c.  Monthly net income (a. minus b.) | $ | 35.16 |

**B6J (Official Form 6J) (12/07)**

In re    **Thomas M McNulty**                                                                    Case No. _____
                                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Satellite television and DSL internet | $ | 157.00 |
| Cellular telephones | $ | 110.00 |
| **Total Other Utility Expenditures** | $ | **267.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Thomas M McNulty**

_____

Debtor(s)

Case No. _____

Chapter   **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 21, 2008** _____

Signature   **/s/ Thomas M McNulty**
**Thomas M McNulty**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Thomas M McNulty**

Debtor(s)

Case No. _____

Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$28,749.00** | **YTD 2008 Debtor income from Prism Retail Services (approximate)** |
| **$2,567.64** | **YTD 2008 Non-filing spouse income from District 15 (approximate)** |
| **$115,461.00** | **2007 Income from Debtor and Non-filing spouse from employment with Prism Retail Services and District 15** |
| **$115,641.00** | **2006 Income from Debtor from Prism Retail Services and Plumb-In-Time, Inc.** |

**2. Income other than from employment or operation of business**

None ■  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | 12/16/07 $700.00 Online Payment<br>1/16/08 $700.00 Online Payment<br>2/18/08 $700.00 Online Payment | $2,100.00 | $24,500.00 |
| Discover Card (p)<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | 12/16/07 $350.00 Online payment<br>1/16/08 $350.00 Online payment<br>2/18/08 $350.00 Online paymnt | $1,050.00 | $18,000.00 |
| Toyota Financial Services<br>P.O. Box 5855<br>Carol Stream, IL 60197 | 12/16/07 $635.00<br>1/16/08 $635.00<br>2/18/08 $635.00<br>On or about 3/16/08 $635.00 | $2,540.00 | $27,200.00 |
| Washington Mutual Bank<br>P.O. Box 9001123<br>Louisville, KY 40290 | Regular home equity line monthly mortgage payments<br>2/1/08 - 4/1/08 | $1,500.00 | $47,000.00 |
| Washington Mutual Bank<br>P.O. Box 9001123<br>Louisville, KY 40290 | Regular monthly mortgage payments<br>12/7/07 $940.00<br>1/7/08 $940.00<br>2/7/08 $940.00<br>3/7/08 940.00 | $3,760.00 | $155,800.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Washington Mutual Bank**<br>**553 E. Dundee Road**<br>**Palatine, IL 60074** | **11/16/07 $227.01 Automatic payment**<br>**12/17/07 $227.01 Automatic payment**<br>**1/16/08 $227.01 Automatic Payment**<br>**2/16/08 $227.01 Automatic Payment**<br>**On or about 3/16/08 $227.01 Automatic Payment** | **$908.04** | **$16,144.00** |
| **Washington Mutual Bank**<br>**553 E. Dundee Road**<br>**Palatine, IL 60074** | **12/3/07 $273.27 Automatic payment**<br>**1/2/08 $273.27 Automatic payment**<br>**2/2/08 $273.27 Automatic payment**<br>**3/3/08 $273.27 Automatic payment**<br>**On or about 4/3/08 $273.27** | **$1,366.35** | **$30,783.00** |
| **Best Buy**<br>**P.O. Box 17298**<br>**Baltimore, MD 21297** | **3/2/07 $100.00**<br>**4/1/07 $100.00** | **$200.00** | **$1,800.00** |
| **Washington Mutual Bank (CC)**<br>**P.O. Box 660509**<br>**Dallas, TX 75266** | **3/16/08 $100.00** | **$100.00** | **$2,400.00** |
| **Kohl's**<br>**P.O. Box 3043**<br>**Milwaukee, WI 53201** | **4/1/08** | **$200.00** | **$1,000.00** |

None ■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rheem Manufacturing Company v. Plumb-In-Time, Plumbing Services, Inc.; Thomas M. McNulty, et al.**<br>**07-A-11399-4** | **Civil** | **Cobb County, Georgia** | **Dismissed (Refiled in McHenry Co. Illinois)** |
| **Rheem Manufacturing, Inc. vs. Thomas M. McNulty, et al.**<br>**08 LA 10** | **Civil** | **McHenry County Circuit Court** | **Pending** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit (Notice) Correspondence P.O. Box 64400 Colorado Springs, CO 80962** | **Unknown** | **Trucks - Unknown value J8DB4B16957015914; J8DB4B16I570 16457; J8DB4B16X57016232; J8DB4B 16867001794; J8DB4B16957011409; J8DB4B16757011448; J8DB4B167670 01852; J8DB4B16557011603; J8DB4B 16157011601; J8DB4B1657011472** |
| **GMAC P.O. Box 380902 Minneapolis, MN 55439** | **Unknown** | **GMC Sierra - VIN Unknown.  This vehicle has been repossessed and sold by GMAC.  This is a debt of Plumb-In-Time Services, Inc. for which Debtor may have personal liability Unknown value** |
| **GMAC P.O. Box 380902 Minneapolis, MN 55439** | **Unknown** | **GMC Canyon - VIN 1GTDT136838158 031.  This is a debt of Plumb-In-Time, Inc./Metro Mechanical, Inc. which the Debtor may have personal liability. Unknown value** |
| **GMAC P.O. Box 380902 Minneapolis, MN 55439** | **Unknown** | **Unknown value GMC Sierra - VIN 1GTEC14V66E191377.  This is a debt of Plumb-In-Time Services, Inc./Metro Mechanical, Inc. for which Debtor may have personal liability** |
| **GMAC P.O. Box 380902 Minneapolis, MN 55439** | **Unknown** | **Unknown value GMC Sierra - VIN 1GTEC14V66E191377.  This is a debt of Plumb-In-Time Services, Inc./Metro Mechanical, Inc. for which Debtor may have personal liability** |

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Messiah Lutheran Church** **Wauconda, IL** | **Church** | **1/07 - 12/07** | **1680.00 and continuing at $150 per month thereafter** |

### 8. Losses

None
■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richards, Ralph & Schwab, Chartered** **175 E. Hawthorn Parkway, Suite 345** **Vernon Hills, IL 60061** | **3/12/08 $1,000.00** **3/25/08 $1,000.00** **5/1/08  $1,000.00** | **Retainer for Chapter 7 Bankruptcy** |

### 10. Other transfers

None
■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
     otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
     financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
     cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
     include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
     unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
     depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
     commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
     spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
□    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Robert T. McNulty** <br> **Same a Debtor** | **Small Cap Stock Fund - $1365.68** <br> **Account #24-2480215138** <br> **Unif. Transfer Min. Act KS** | **Trivent Investment Management** <br> **7320 Meadowshire Lane** <br> **Crystal Lake, IL  60012** |
| **Thomas J. McNulty** <br> **Same as Debtor** | **Small Cap Stock Fund - $1365.68** <br> **Account #24-2480215496** <br> **Unif. Transfer Min. Act KS** | **Trivent Investment Management** <br> **7320 Meadowshire Lane** <br> **Crystal Lake, IL  60012** |
| **John A. McNulty** <br> **Same as Debtor** | **Small Cap Stock Fund - $1365.68** <br> **Account #24-2480398327** <br> **Unif. Transfer Min. Act KS** | **Trivent Investment Management** <br> **7320 Meadowshire Lane** <br> **Crystal Lake, IL  60012** |
| **Kenneth J. McNulty** <br> **Same as Debtor** | **Small Cap Stock Fund - $1365.68** <br> **Account #24-2480214834** <br> **Unif. Transfer Min. Act KS** | **Trivent Investment Management** <br> **7320 Meadowshire Lane** <br> **Crystal Lake, IL  60012** |

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                          NAME USED                                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
☐
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Karen McNulty**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

#### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Plumb-In-Time, Inc.** | **51-0570665** | **1690 Stone Village Lane, Suite 322 Kennesaw, GA 30152** | **Plumbing** | **Unknown to 12/22/07** |
| **Metro Mechanical, Inc.** | **36-4414843** | **1690 Stone Village Lane, Suite 322 Kennesaw, GA 30152** | **Mechanical** | **Unknown to 12/22/07** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

#### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Brown, CEO**<br>**6267 Braidwood Run**<br>**Acworth, GA 30101** | **Mr. Brown is the CEO of Plumb-In-Time, Inc. and Metro Mechanical, Inc. and would know the whereabouts of all books and records.** |
| **Jason Scherr, Controller VP Finance**<br>**845 Spring St. #325**<br>**Atlanta, GA** | **Mr. Scherr is the Controller VP of Finance of Plumb-In-Time, Inc. and Metro Mechanical, Inc. and would know the whereabouts of all books and records.** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS
**See answer to (a) above**

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| **Michael Brown**<br>**6267 Braidwood Run**<br>**Acworth, GA 30101** | **CEO** | **Unknown** |
| **Craig A. Winter**<br>**6259 Braidwood Run NW**<br>**Acworth, GA 30101** | **Unknown** | **Unknown** |
| **Djordje Jonanovic**<br>**3440 E. Southern Ave., #1040**<br>**Mesa, AZ 85204** | **Unknown** | **Unknown** |
| **Paul E. Hendrixson**<br>**3713 Cypruss Dr.**<br>**Spring Grove, IL 60081** | **Unknown** | **Unknown** |
| **Jason B. Scherr**<br>**845 Spring St., #325**<br>**Atlanta, GA 30308** | **Controller VP Finance** | **Unknown** |

11

ereto

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Thomas M McNulty**                                    Case No. _____

_____
Debtor(s)

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

- ■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Debtors' Residence 32546 Pilgrims Court Lakemoor, IL  60051** | **Amcore Bank** | X | | | |
| **J8DB4B16957015914; J8DB4B16I570 16457; J8DB4B16X57016232; J8DB4B 16867001794; J8DB4B16957011409; J8DB4B16757011448; J8DB4B167670 01852; J8DB4B16557011603; J8DB4B 16157011601; J8DB4B1657011472** | **Ford Motor Credit (Notice)** | X | | | |
| **GMC Sierra - VIN Unknown.  This vehicle has been repossessed and sold by GMAC.  This is a debt of Plumb-In-Time Services, Inc. for which Debtor may have personal liability** | **GMAC** | X | | | |
| **GMC Canyon - VIN 1GTDT136838158 031.  This is a debt of Plumb-In-Time, Inc./Metro Mechanical, Inc. which the Debtor may have personal liability.** | **GMAC** | X | | | |
| **GMC Sierra - VIN 1GTEC14V66E191377. This is a debt of Plumb-In-Time Services, Inc./Metro Mechanical, Inc. for which Debtor may have personal liability** | **GMAC** | X | | | |
| **2005 GMC Truck J8DB4B1645701615 9. It is believed that this vehicle has been sold by finance co.  This is a debt of Plumb-In-Time Services, Inc./Metro Mechanical, Inc. which Debtor may have personal liability** | **Susquehanna Commercial Finance, Inc** | X | | | |
| **2005 GMC Truck J8DB8B1517016264  It is believed that this vehicle has been sold by finance co.  This is a debt of Plumb-In-Time Services, Inc./Metro Mechanical, Inc. which Debtor may have personal liability.** | **Susquehanna Commercial Finance, Inc** | X | | | |
| **3 - 2006 GMC Trucks J8DB4B1606701 6886; J8DB4B16767016934; J8DB4B1 6267016887.  This is a debt of Plumb-In-Time, Inc./Metro Mechanical, Inc. which Debtor may have personal liability.** | **U.S. Bank** | X | | | |

Form 8 Cont.
(10/05)

In re  **Thomas M McNulty** _____    Case No. _____
                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### (Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2006 Chevrolet Trailblazer** | **Harris Bank, N.A.** | | | | X |
| **2007 Toyota Prius** | **Toyota Financial Services** | | | | X |
| **Debtors' Residence 32546 Pilgrims Court Lakemoor, IL  60051** | **Washington Mutual Bank** | | | | X |
| **Debtors' Residence 32546 Pilgrims Court Lakemoor, IL  60051** | **Washington Mutual Bank** | | | | X |
| **Debtors' Residence 32546 Pilgrims Court Lakemoor, IL  60051** | **Washington Mutual Bank** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **May 21, 2008** _____    Signature _/s/ Thomas M. McNulty_____
                                                        Thomas M. McNulty
                                                        Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Thomas M McNulty**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept.................................................................... | $ | **3,000.00** |
| Prior to the filing of this statement I have received..................................................... | $ | **3,000.00** |
| Balance Due........................................................................................................... | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Exemption advice.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Any other matters which may arise in the case, including for example, but not limited to, i) objections to exemptions, ii) any adversary proceedings, including without limitation, objections to discharge and/or complaints to determine dischargeability of debt, iii) United States Trustee's office compliance inquiries and enforcement proceedings, iv) Rule 2004 Examinations, v) proceedings or actions to obtain documents or information from creditors or third parties by either voluntary request, compulsory process or non-judicial or judicial proceedings, vi) any matters requiring legal services in non-bankruptcy law practice areas, vii)  judicial or non-judicial proceedings in a venue and/or forum other than the United States Bankruptcy Court, viii) relief from stay actions, ix) preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, x) tax or related accounting services, xi) estate planning, xii) civil or criminal litigation.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 21, 2008**

**/s/ David J. Schwab**
**David J. Schwab 6204333**
**Richards, Ralph & Schwab, Chartered**
**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**
**847-367-9699  Fax: 847-367-9621**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Thomas M McNulty** _____   Case No. _____

                                       Debtor(s)              Chapter    **7** _____


## VERIFICATION OF CREDITOR MATRIX


Number of Creditors: _____ **35**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:  **May 21, 2008** _____     **/s/ Thomas M McNulty** _____
                                              **Thomas M McNulty**
                                              Signature of Debtor

Amcore Bank
16057 S. LaGrange Road
Orland Park, IL 60467

Best Buy
P.O. Box 17298
Baltimore, MD 21297

Best Buy
HSBC
P.O. Box 4160
Carol Stream, IL 60197

Centegra Health Systems
Centegra Norther IL. Medical Ctr.
P.O. Box 5995
Peoria, IL 61601

Chase
P.O. Box 15298
Wilmington, DE 19850

Craig Winter
6259 Braidwood Run NW
Acworth, GA 30101

Delwyn Hansen
726 Presswood Dr.
McHenry, IL 60051

Discover Card (p)
P.O. Box 30943
Salt Lake City, UT 84130

Djordjc Javonovich
3440 E. Southern Ave.
Mesa, AZ 85204

Dr. Al LaPelusa
711 Orchard St.
Deerfield, IL 60015

Edwin E. Brooks and Erik Anderson
Drinker, Biddle & Reath, LLC
191 N. Wacker Dr., Ste. 3700
Chicago, IL 60606


Ford Motor Credit (Notice)
Correspondence
P.O. Box 64400
Colorado Springs, CO 80962


GMAC
P.O. Box 380902
Minneapolis, MN 55439


Harris Bank, N.A.
3800 Golf Road, Suite 300
Rolling Meadows, IL 60008


Jason B. Scherr
845 Spring St., #325
Atlanta, GA 30308


John D. Hendrixson
910 Nippersink Rd.
Spring Grove, IL 60081


John Docken, Corporate Attorney
US Bank
1450 Channel parkway
Marshall, MN 56258


Kohl's
P.O. Box 3043
Milwaukee, WI 53201


McHenry Radiologists Imaging  Assoc
3929 W. Medical Center Drive
McHenry, IL 60051


Metro Mechanical, Inc.
1690 Stone Village Lane NW
Suite 322
Kennesaw, GA 30152

Michael Brown
6267 Braidwood Run
Acworth, GA 30101


Paul E. Hendrixson
3713 Cypruss Dr.
Spring Grove, IL 60081


Plumb-In-Time, Inc.
360 Memorial Dr.
Suite 140
Crystal Lake, IL 60014


Rheem Manufacturing  Company
500 Northpark Town Center
1100 Abernathy Rd., N.E., Suite 140
Atlanta, GA 30328


Sallie Mae, Inc.
P.O. Box 9500
Wilkes Barre, PA 18773-9500


Steven J. Hewiston
Troutman Sanders, LLP
600 Peachtree St., N.E.
Atlanta, GA 30308


Susquehanna Commercial Finance, Inc
1566 Medical Drive, Ste. 201
Pottstown, PA 19464


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197


U.S. Bank
1450 Channel Parkway
Marshall, MN 56258


Washington Mutual Bank
P.O. Box 9001123
Louisville, KY 40290

```
Washington Mutual Bank
553 E. Dundee Road
Palatine, IL 60074


Washington Mutual Bank
75 North Fairway Dr.
Vernon Hills, IL 60061


Washington Mutual Bank
1301 Second Avenue
Seattle, WA 98101


Washington Mutual Bank
1301 Second Ave.
Seattle, WA 98101


Washington Mutual Bank (CC)
P.O. Box 660509
Dallas, TX 75266
```